United States District Court
Southern District of Texas
ENTERED

SEP 22 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 22 1998

Michael N. Milby, Clerk

| | |
|---|---|
| MARIA EMILIA OLMEDO, <br> JOSE SALINAS, SR. & <br> JOSE SALINAS, JR., <br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br> (UNITED STATES POSTAL SERVICE) <br> and NICHOLAS LEE JOHNSEY, <br> Defendants. | CIVIL ACTION No. B-97-227 |

### ORDER GRANTING UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND THE APRIL 22, 1998 SCHEDULING ORDER DEADLINES

CAME ON to be heard the United States of America's Motion to Extend the April 22, 1998 Scheduling Order Deadlines, and after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by December 22, 1998. If additional time is required, a motion requesting such extension must be filed no later than NA, 1998.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than January 22, 1999, 1998:

    (a)    the nature of the case;
    (b)    contentions of the parties;
    (c)    stipulations;
    (d)    specific issues of fact, as they are submitted to the jury;
    (e)    issues of law, if any;
    (f)    list of all pending motions;
    (g)    approximate duration of trial; and
    (h)    in non-jury cases, specific proposed findings of fact and conclusions of laws.

4) A final pretrial and settlement conference is set for January 28, 1999 at 10:00 a.m./p.m.

(5) Trial on the merits is set for  February, 1999 , docket call.

SIGNED on this the 22nd day of  September , 1998 in Brownsville, Texas.

JOHN WILLIAM BLACK
United States Magistrate Judge

2