*16*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**OCT 19 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA EMILIA OLMEDO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-227 |
| | § | |
| UNITED STATES OF AMERICA, ET AL. | § | |

### CONSENT TO EXERCISE OF JURISDICTION BY A
### UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ Richard S. Hoffman | Maria Emilia Olmedo | 10-15-98 |
| /s/ Nancy L. Masso | U.S.A. | 10-15-98 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

October 9, 1998
Date

/s/ Hilda G. Tagle
Hilda G. Tagle
United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.