18

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**DEC 23 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA EMILIA OLMEDO, | * | |
| JOSE SALINAS, SR. & | * | |
| JOSE SALINAS, JR., | * | |
|     Plaintiffs, | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-227 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| (UNITED STATES POSTAL SERVICE) | * | |
| and NICHOLAS LEE JOHNSEY, | * | |
|     Defendants. | * | |

## ORDER GRANTING APPOINTMENT OF ATTORNEY AD LITEM

This Court has considered the defendant's request for the appointment of an ad litem for the plaintiff/ minor, Jose Salinas, Jr.  Having reviewed the motion this Court ORDERS  that the Defendant's Motion for an Appointment of an Attorney Ad Litem be GRANTED.

This Court hereby designates _RICK ZAYAS_ whose office is located at _____

_____, Texas, as an attorney ad litem for the Plaintiff/Minor JOSE SALINAS, JR.  Plaintiffs' counsel is directed to provide copies of all pleadings presently on file to this ad litem.

IT IS FURTHER ORDERED that, unless otherwise agreed between the parties and the ad litem designated herein, this Court shall establish the ad litem's fees and responsible party at the conclusion of the case.

SIGNED on this the _21st_ day of _DEC_____, 1998 in Brownsville, Texas.

_____
JOHN W. BLACK
United States District Judge