19

United States District Court
Southern District of Texas
~~Filed~~ Entered

DEC 23 1998

Michael N. Milby
Clerk of Court

By: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA EMILIA OLMEDO, JOSE SALINAS, SR. & JOSE SALINAS, JR. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-227 |
| UNITED STATES OF AMERICA, (UNITED STATES POSTAL SERVICE) AND NICHOLAS LEE JOHNSEY | § § § § | |

ORDER APPOINTING GUARDIAN AD LITEM

The Court, having been advised that all matters in controversy between the parties are being negotiated and further being advised Jose Salinas, Jr. is a minor, is of the opinion that there is a necessity to appoint a guardian ad litem to represent his interests.

IT IS ACCORDINGLY ORDERED that The Hon. Rick Zayas, a member of the bar of this Court be appointed guardian ad litem to represent the interests of Jose Salinas, Jr., A Minor.

DONE in Brownsville, Texas, this 21st day of December, 1998.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com