# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA EMILIA OLMEDO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-227 |
| | § | |
| UNITED STATES OF AMERICA, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**      **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:      CONTINUED TO DATE AND TIME:

**JANUARY 28, 1999 AT 10:00 A.M.**           **FEBRUARY 26, 1999 AT 10:00 A.M.**

                                        _____
                                        JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 20, 1999

TO:   MR. RICHARD HOFFMAN
      MS. NANCY MASSO