lmv

22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 23 1999

Michael N. Milby, Clerk of Court

MARIA EMILIA OLMEDO, ET AL　*
　　　　　　　　　　　　　　　　*
　　　VS　　　　　　　　　　　　*　C.A. NO. B97 227
　　　　　　　　　　　　　　　　*　　　　　(636(c))
UNITED STATES OF AMERICA, ET AL *

United States District Court
Southern District of Texas
ENTERED

FEB 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

O R D E R
─────────

The status conference scheduled for February 27, 1999, in above-captioned and numbered cause of action is hereby cancelled since a Notice of Settlement has been filed.

A status conference is hereby scheduled for March 25, 1999, at 10:00 a.m. (Said conference will be cancelled if the final judgment is submitted before March 25, 1999.)

DONE at Brownsville, Texas, this 23rd day of February, 1999.

　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　2nd Floor, Courtroom No. 2
　　　　　　　　　　　　　　　　　　1001 E. Elizabeth
　　　　　　　　　　　　　　　　　　Brownsville, TX  78520