93

United States District Court
Southern District of Texas
FILED

MAR 3 1999

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA EMILIA OLMEDO | * | |
| | * | |
| VS. | * | CA-B-97-227 |
| | * | |
| UNITED STATES OF AMERICA | * | |

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

<u>O R D E R</u>

A Friendly Suit Hearing is hereby set for Friday, March 5, 1999, at 10:00 a.m., at the request of the parties.

IT IS SO ORDERED.

Done at Brownsville, Texas, on March 3, 1999.

_____
John Wm. Black
United States Magistrate Judge