#26

United States District Court
Southern District of Texas
ENTERED

MAR 11 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA EMILIA OLMEDO, ET AL    *
                                          *
v.                                      *    CIVIL ACTION No. B-97-227
                                          *
UNITED STATES OF AMERICA     *

## ORDER REGARDING DEPOSIT OF MINOR'S SETTLEMENT PROCEEDS

On March 5, 1999, a Friendly Suit Hearing was held. Present at the hearing were: Assistant U.S. Attorney Nancy L. Masso, attorney for the defendant; Ivan Andarza (in the stead of Richard Hoffman), attorney for the plaintiffs; Richard Zayas, the court appointed attorney ad litem for the minor Jose Salinas, Jr.; and plaintiffs, Maria Emilia Olmedo, Jose Salinas, Sr., and Jose Salinas, Jr.

This Court heard the testimony of the minor's parents, Maria Emilia Olmedo and Jose Salinas, Sr., and is satisfied that the settlement of $9,000.00 reached on behalf of the minor Jose Salinas, Jr., is fair and reasonable. The plaintiffs--and parents of the minor herein--were advised that the settlement funds at issue were for the sole benefit of the minor and as such would be deposited into an interest bearing account in the registry of the Court. The parents were further admonished that by acceptance of this settlement agreement by the parents and the attorney ad litem herein, the minor, Jose Salinas, Jr., would be prohibited (once he turned 18 years old) from filing suit against the defendant for any claims arising from the incident at issue in this suit.

IT IS THEREFORE ORDERED, that the Defendant deposit the settlement funds for the minor herein into the registry of the court. The Clerk is hereby directed to place these funds into an interest bearing account for the benefit of the minor herein.

IT IS FURTHER ORDERED, that these funds will not be disbursed unless approved by this Court, which may be obtained by written application that is approved by the attorney ad litem appointed in this case.

IT IS FURTHER ORDERED, that--unless the funds are otherwise lawfully disbursed--all funds and accrued interest on the funds, may be disbursed to the minor herein upon his 18th birthday, upon written application and approval of this Court.

Signed _10 TH March_ 1999, in Brownsville, Texas.

JOHN WM. BLACK
United States Magistrate Judge
28 U.S.C. 636(c)