27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 16 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA EMILIA OLMEDO, ET AL | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. B-97-227 |
| | * | |
| UNITED STATES OF AMERICA | * | |

### ORDER OF DISMISSAL

On this day came on to be heard the parties' Agreed Motion to Dismiss the above-entitled and numbered cause seeking dismissal of said action with prejudice. The Court is of the opinion and finds that all matters in dispute between the Parties have been fully and finally compromised and settled.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause therein, be and the same are dismissed with prejudice to the right of the Plaintiffs to refile same or any part thereof. All costs of court are taxed against the party by whom incurred.

SIGNED on this the 15 day of MARCH 1999, in Brownsville, Texas.

JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE